UNITED STATES DISTRICT COURT
For the Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| ANN S. D. PASCUAL,<br><br>　　　　　Plaintiff(s),<br>　v.<br>USA,<br>　　　　　Defendant(s).<br>_____/ | No. C 09-01281 MEJ<br><br>**ORDER VACATING CMC**<br><br>**ORDER REQUESTING STATUS REPORT** |

The above-captioned matter is currently scheduled for a case management conference on July 2, 2009. However, there is no indication that the defendant has been served, and no docket activity has taken place since Plaintiff filed her complaint. Accordingly, the Court hereby VACATES the July 2, 2009 Case Management Conference and ORDERS Plaintiff to file a case status report by July 9, 2009.

**IT IS SO ORDERED.**

Dated: June 29, 2009

_____
Maria-Elena James
United States Magistrate Judge