JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney
    450 Golden Gate Avenue, Ninth Floor
    San Francisco, California 94102
    Telephone:    (415) 436-6909
    Facsimile:    (415) 436-6748
    Email: jonathan.lee@usdoj.gov

Attorneys for United States of America

ROGER S. REYNOLDS, ESQ. (STATE BAR NO. 127803)
LAW OFFICES OF ROGER S. REYNOLDS
595 Market Street, Suite 2200
San Francisco, CA 94105
Telephone: (415) 732-3788
Facsimile: (415) 732-3750
Attorneys for Plaintiff
Ann S.D. Pascual

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN S.D. PASCUAL,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. C 09-1281 MEJ<br><br>**STIPULATION OF DISMISSAL AND** ~~**PROPOSED**~~ **ORDER** |

STIPULATION FOR DISMISSAL
C 09-1281 MEJ                 -1-

1   THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY
2   SUBMIT THE FOLLOWING STIPULATION:
3
4   Pursuant to Federal Rules of Civil Procedure Rule 41(a)(2), Plaintiff Ann S.D. Pascual and
5   Defendant United States of America stipulate to the dismissal with prejudice of Pascual v. USA,
6   Northern District of California case number C 09-1281 MEJ.  Each party will bear its own costs.
7
8   SO STIPULATED.
9
10  Dated: June 30, 2009                           By: _____
11                                                 ROGER S. REYNOLDS
12                                                 LAW OFFICES OF ROGER S. REYNOLDS
                                                   Attorneys for Plaintiff ANN S.D. PASCUAL
13
14
15                                                 JOSEPH P. RUSSONIELLO
                                                   United States Attorney
16
17  Dated: July 1, 2009                            By: _____
                                                   JONATHAN U. LEE
18                                                 Assistant United States Attorney
                                                   Attorneys for the Federal Defendant
19
20
21  **PURSUANT TO THE ABOVE STIPULATION AND AGREEMENT,
    APPROVED AND SO ORDERED:** The Clerk of Court shall close the file.
22
23  Dated: July 2, 2009                            _____
                                                   Honorable MARIA ELENA JAMES
24                                                 United States Magistrate Judge
25
26
27
28

STIPULATION FOR DISMISSAL
C 09-1281 MEJ                                -2-